# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-14

———————————————

WILLIAM HURST PETERS III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

October 30, 2019

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, ROBERTS, and ROWE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

William Hurst Peters III, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.